**No. 26-1015**

---

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE SEVENTH CIRCUIT

_____

SKYWAVE NETWORKS, LLC,
*Plaintiff-Appellant,*

v.

WILLIAM J. DISOMMA, *et al.*,
*Defendant-Appellees.*

_____

On Appeal from The United States District Court
for the Northern District of Illinois
Case No. 1:24-cv-09650
The Honorable Judge Georgia N. Alexakis

_____

### PLAINTIFF-APPELLANT SKYWAVE NETWORKS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS OPENING BRIEF AND REQUIRED SHORT APPENDIX

Pursuant to Federal Rule of Appellate Procedure 27 and Seventh Circuit Rule 26, Plaintiff-Appellant Skywave Networks, LLC ("Skywave"), by and through its counsel, respectfully moves this Court for an order extending the time to file its opening brief and required short appendix by fourteen days (14 days) in the above identified appeal.

Skywave's opening brief is currently due on February 17, 2026. D.I. 1. If the Court grants this unopposed motion, the due date for Skywave's opening brief would be extended

to March 3, 2026. This is Skywave's first request for an extension of time in this appeal. Counsel for Skywave consulted with counsel for Defendant-Appellees with respect to this motion. Defendant-Appellees do not oppose this motion.

Good cause exists to grant the extension requested by Skywave. The extension is warranted for the reasons stated in the attached affidavit submitted in support of this unopposed motion, including Skywave lead counsel's overlapping and substantial obligations in the following matters:

1. *IBM Corp. v. LzLabs GmbH*, Case No. 6:22-cv-00299-DAE (W.D. Tex.);

2. *SS&C Techs. Holdings, Inc. v. D.E. Shaw & Co.*, Case No. 1:23-cv-09158-TMR-OTW (S.D.N.Y.);

3. *Hermes IP Mgmt., LLC v. Lenovo Grp.*, Case No. 2:25-cv-00944-JRG (E.D. Tex.);

4. *GlaxoSmithKline Biologicals SA v. Pfizer Inc.*, Case No. 1:24-cv-00512-GBW (D. Del.);

5. *GlaxoSmithKline Biologicals SA v. Moderna, Inc.*, Case No. 1:24-cv-01135-GBW (D. Del.); and

6. *GlaxoSmithKline Biologicals SA v. Moderna, Inc.*, Case No. 1:24-cv-01136-GBW (D. Del.)

Wilcox Aff. ¶¶3–4. This motion is not filed for the purpose of delay; it is to accommodate Skywave lead counsel's pre-existing obligations in other cases (set prior to the briefing schedule in this case) through the current due date of Skywave's opening brief, which necessitates the requested extension. *Id.*

For the reasons stated above, Skywave respectfully requests that this Court grant this motion, and that the filing date for the Skywave opening brief be set as March 3, 2026.

Respectfully submitted,

Date: February 10, 2026          By:     /s/ *Justin P.D. Wilcox*
Justin P.D. Wilcox
**DESMARAIS LLP**
1899 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20006
Telephone: 202-451-4900
Email:  JWilcox@desmaraisllp.com

*Attorneys for Plaintiff-Appellant,*
*Skywave Networks, LLC*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 27(d) and 32(g), I certify the following:

1. The attached motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2)(A). The motion contains 313 (according to the Microsoft Word for Microsoft 365 word count function), excluding items exempted by Federal Rule of Appellate Procedure 32(f).

2. The attached motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6). The motion has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 12-point Palatino Linotype style.

Date: February 10, 2026      By:     */s/ Justin P.D. Wilcox*
                                     Justin P.D. Wilcox
                                     **DESMARAIS LLP**
                                     1899 Pennsylvania Avenue, NW
                                     Suite 400
                                     Washington, D.C. 20006
                                     Telephone: 202-451-4900
                                     Email:  JWilcox@desmaraisllp.com

                                     *Attorneys for Plaintiff-Appellant,*
                                     *Skywave Networks, LLC*

# CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff-Appellant hereby certifies that on February 10, 2026, a copy of the motion was served on all counsel of record for Defendant-Appellees via CM/ECF electronic notice.

| | |
|---|---|
| Date: February 10, 2026 | By:  /s/ *Justin P.D. Wilcox* |
| | Justin P.D. Wilcox |
| | **DESMARAIS LLP** |
| | 1899 Pennsylvania Avenue, NW |
| | Suite 400 |
| | Washington, D.C. 20006 |
| | Telephone: 202-451-4900 |
| | Email:  JWilcox@desmaraisllp.com |
| | |
| | *Attorneys for Plaintiff-Appellant,* |
| | *Skywave Networks, LLC* |

# ATTACHMENT

No. 26-1015

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

_____

SKYWAVE NETWORKS, LLC,
*Plaintiff-Appellant,*

v.

WILLIAM J. DISOMMA, *et al.*,
*Defendant-Appellees.*

_____

On Appeal from The United States District Court
for the Northern District of Illinois
Case No. 1:24-cv-09650
The Honorable Judge Georgia N. Alexakis

_____

**AFFIDAVIT OF JUSTIN P.D. WILCOX IN SUPPORT OF
PLAINTIFF-APPELLANT SKYWAVE NETWORKS, LLC'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE ITS OPENING BRIEF AND
REQUIRED SHORT APPENDIX**

I, Justin P.D. Wilcox, state that I am lead counsel for Plaintiff-Appellant Skywave Networks, LLC ("Skywave") in the above identified appeal, and submit this affidavit in support of Skywave's unopposed motion for extension to file its opening brief as well as the required short appendix.

1. Skywave's opening brief is currently due on February 17, 2026. This is Skywave's first request for extension of time to file its brief.

1

2. Skywave makes this request in good faith and not for the purpose of mere delay.

3. During the last month, in addition to this case, much of my time was occupied with the following matters subject to filing deadlines set prior to the briefing schedule in this case:

   a. Summary judgment motions of trade secret misappropriation and patent infringement due on January 13, 2026 in *IBM Corp. v. LzLabs GmbH*, Case No. 6:22-cv-00299-DAE (W.D. Tex.).

   b. An opposition brief to a motion to dismiss antitrust counterclaims due on January 20, 2026 in *SS&C Techs. Holdings, Inc. v. D.E. Shaw & Co.*, Case No. 1:23-cv-09158-TMR-OTW (S.D.N.Y.).

   c. A reply brief in support of a partial motion to dismiss due on January 20, 2026 in *Hermes IP Mgmt., LLC v. Lenovo Grp.*, Case No. 2:25-cv-00944-JRG (E.D. Tex.).

   d. Reply claim construction briefs due on February 12, 2026 in the following three matters:

      i. *GlaxoSmithKline Biologicals SA v. Pfizer Inc.*, Case No. 1:24-cv-00512-GBW (D. Del.);

      ii. *GlaxoSmithKline Biologicals SA v. Moderna, Inc.*, Case No. 1:24-cv-01135-GBW (D. Del.); and

      iii. *GlaxoSmithKline Biologicals SA v. Moderna, Inc.*, Case No. 1:24-cv-01136-GBW (D. Del.).

4. Although I have worked diligently on Skywave's opening brief, I have substantial obligations in other litigations between now and the current due date of the opening brief, which necessitates the requested extension. A draft of Skywave's brief is underway, but more time is needed to complete the draft to properly and adequately prepare the opening brief in this case.

5. This extension, sought well in advance of the briefing deadline, will not interfere with the Court's consideration of this case because oral argument has not yet been scheduled.

6. I contacted counsel for the Defendant-Appellees who indicated that Defendant-Appellees do not oppose this motion.

7. For these reasons, Skywave respectfully submits that good cause exists for granting its motion to extend the briefing schedule for the opening brief by 14 days, until March 3, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: February 10, 2026      By:  */s/ Justin P.D. Wilcox*
                                                        Justin P.D. Wilcox, Attorney