# In the United States Court of Appeals for the Seventh Circuit

_____

No. 26-1015

SKYWAVE NETWORKS, LLC, APPELLANT

*v.*

WILLIAM DISOMMA; PAUL A. GURINAS; MATTHEW HINERFELD; JOHN MADIGAN; JUMP TRADING, LLC; VIRTU FINANCIAL, INC., APPELLEES

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF

_____

Appellees William DiSomma; Paul A. Gurinas; Matthew Hinerfeld; John Madigan; Jump Trading, LLC; and Virtu Financial, Inc., respectfully submit this Unopposed Motion for Extension of Time to File Appellee Brief, for an extension of time for thirty days, until May 4, 2026, for the reasons fully set forth herein.

1.     Federal Rule of Appellate Procedure 26(b) provides that a party may receive an extension of time to file "[f]or good cause."

2.     On February 10, 2026, Appellant Skywave Networks, LLC filed an unopposed motion for a fourteen-day extension of time in which to file their brief and short appendix.  The Court granted Appellant's motion the next day, extending the deadline from February 17, 2026 to March 3, 2026.

(1)

3.      Appellees' brief is currently due on April 2, 2026. Appellees request a thirty-day extension of time to file their brief, which would create a new due date of May 4, 2026.

4.      Counsel for appellees have conferred with counsel for appellant, who has consented to this request.

5.      Reasoned justifications exist for appellees' request for an extension of time. Counsel for appellees have a number of impending deadlines over the next several weeks, including:

- Brief in Opposition in the United States Supreme Court on March 9, 2026 (*Dotson* v. *Wolfe*, No. 25-664)

- Reply Brief in the United States Supreme Court on March 16, 2026 (*T.M.* v. *University of Maryland Medical System Corp.*, No. 25-157)

- Opening Brief on March 23, 2026 (*Mull* v. *SOF-XI Kauai PV Golf, L.P.*, No. CAAP-25-0000609 (Hawaiʻi Intermediate Court of Appeals))

- Reply in Support of Petition for Certiorari to the United States Supreme Court on March 25, 2026 (*New York Football Giants, Inc.* v. *Flores*, No. 25-790)

- Reply in Support of Petition for Certiorari to the United States Supreme Court on April 1, 2026 (*Maxwell* v. *Thomas*, No. 25-5930)

- Opening Brief on April 7, 2026 (*United States* v. *Motovich*, No. 25-2986 (2d Cir.))

- Reply Brief in the United States Supreme Court on April 10, 2026 (*Cisco Systems, Inc.* v. *Doe I, et al.*, No. 24-856)

Accordingly, appellees' counsel require an additional thirty days to respond to appellants' brief.

2

6.      This motion is brought in good faith and not for purposes of delay. This is the first request for an extension of time to file the appellee brief.  No party will be prejudiced by the requested extension.

Respectfully submitted,

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
*2001 K Street, N.W.*
*Washington, DC 20006*
*(202) 223-7325*
*kshanmugam@paulweiss.com*

MARCH 6, 2026

3

## CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I hereby certify pursuant to Federal Rules of Appellate Procedure 27(d)(2)(A), 32(a)(5), and 32(a)(6), that the attached Unopposed Motion for an Extension of Time to File Appellee's Brief is proportionately spaced, has a typeface of 14 points or more, was prepared using Microsoft Word and contains 390 words.

/s/ Kannon K. Shanmugam

KANNON K. SHANMUGAM

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, a copy of the foregoing motion was filed electronically through the Court's electronic filing system.  I further certify that all parties required to be served have been served.

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM