

www.desmaraisllp.com

NEW YORK

SAN FRANCISCO

WASHINGTON, DC

Justin P.D. Wilcox
Washington, D.C.
Direct: 202-451-4905
JWilcox@desmaraisllp.com

May 11, 2026

**VIA CM/ECF**

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

> Re:   *Skywave Networks, LLC v. William DiSomma, et al*, No. 26-1015 (7th Cir.)
>       <u>Notice of Unavailability of Plaintiff-Appellant for Oral Argument</u>

To the Office of the Clerk:

I write on behalf of counsel for Plaintiff-Appellant Skywave Networks, LLC ("Skywave") in the above-captioned appeal.

Pursuant to Seventh Circuit Rule 34(b)(3), Skywave hereby provides notice that counsel is not available for oral argument in this matter on the following dates:  August 4-5, 2026 for previously scheduled and fully paid international travel. To the extent possible, Skywave respectfully requests that the Court schedule oral argument to avoid conflicts with these dates. In the event the Court wishes to schedule oral argument on a date not currently listed on the Court's potential oral argument calendar, Skywave will supplement this information at a later date.

Thank you for your consideration. Please do not hesitate to contact me if you have any questions or concerns.

Respectfully submitted,

*/s/ Justin P.D. Wilcox*
Justin P.D. Wilcox

cc: All Counsel of Record (via ECF)