**No. 26-1015**

# In the United States Court of Appeals for the Seventh Circuit

SKYWAVE NETWORKS, LLC, PLAINTIFF-APPELLANT

*v.*

WILLIAM J. DISOMMA, ET AL., DEFENDANTS-APPELLEES

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS (CIV. NO. 24-9650) (THE HONORABLE GEORGIA N. ALEXAKIS, J.)*

## MOTION TO WITHDRAW APPEARANCE OF KRISTA A. STAPLEFORD

ROBERT Y. SPERLING
ANDREW G. GORDON
JESSICA CAREY
KATHERINE B. FORREST
KRISTINA BUNTING
MICHAEL P. BELLIS
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *1285 Avenue of the Americas*
  *New York, NY 10019*

KANNON K. SHANMUGAM
MASHA G. HANSFORD
DAVIS POLK & WARDWELL LLP
  *1050 17th Street, N.W.*
  *Washington, DC 20036*
  *(202) 962-7000*
  *kshanmugam@davispolk.com*

NATHAN W. RAAB
KRISTA A. STAPLEFORD
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*

*(additional counsel on inside cover)*

CHRIS C. GAIR
GAIR GALLO EBERHARD, LLP
  *One East Wacker Drive, Suite 2600*
  *Chicago, IL 60601*

NEEMA SAHNI
COVINGTON & BURLING LLP
  *1999 Avenue of the Stars, Suite 3500*
  *Los Angeles, CA 90067*

Pursuant to Federal Rule of Appellate Procedure 27, Krista A. Stapleford respectfully seeks leave to withdraw her appearance on behalf of Defendants-Appellees William DiSomma; Paul A. Gurinas; Matthew Hinerfeld; John Madigan; Jump Trading, LLC; and Virtu Financial, Inc.

1.    Effective July 2, 2026, Ms. Stapleford will no longer be associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP and will not be participating further in this appeal.  She does not require notice of further filings in this case and should be removed from all service lists.

2.    Appellees will continue to be represented by Kannon K. Shanmugam and Masha G. Hansford of Davis Polk & Wardwell LLP; by Robert Y. Sperling, Andrew G. Gordon, Jessica Carey, Katherine B. Forrest, Kristina Bunting, Nathan W. Raab, and Michael P. Bellis of Paul, Weiss, Rifkind, Wharton & Garrison LLP; by Neema Sahni of Covington & Burling LLP; and by Chris C. Gair of Gair Gallo Eberhard, LLP, who have entered appearances in this matter and are members of the Bar of this Court.

3.    Accordingly, Ms. Stapleford respectfully requests that the Court grant leave for her to withdraw her appearance.

Respectfully submitted,

/s/ Krista A. Stapleford

KRISTA A. STAPLEFORD
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *kstapleford@paulweiss.com*

JUNE 25, 2026

# CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, Krista A. Stapleford, a member of the Bar of this Court and counsel for Defendants-Appellees Appellees William DiSomma; Paul A. Gurinas; Matthew Hinerfeld; John Madigan; Jump Trading, LLC; and Virtu Financial, Inc., hereby certify that the attached motion is proportionately spaced, has a type-face of 14 points or more, and contains 189 words.

JUNE 25, 2026

/s/ Krista A. Stapleford
KRISTA A. STAPLEFORD